Commonwealth *v.* Minker, Appellant.

Argued October 2, 1958. Before JONES, C. J., BELL, MUSMANNO, JONES and COHEN, JJ.

278

re-argument refused July 10, 1959.

*Jacob Kossman,* with him *Samuel R. Liever,* for appellant.

*Victor Wright,* Deputy Attorney General, with him *Thomas D. McBride,* Attorney General, for appellee.

OPINION BY MR. JUSTICE BELL, May 28, 1959:

This appeal raises the same questions as were raised in *Commonwealth v. Fudeman,* and for the reasons set forth in that opinion, which is reported in 396 Pa. 236, 152 A. 2d 428, the Order of the Superior Court quashing the appeal is affirmed.

Mr. Justice McBRIDE took no part in the consideration or decision of this case.

---

DISSENTING OPINION BY MR. JUSTICE MUSMANNO:

This appeal raises the same questions discussed in *Commonwealth v. Fudeman,* and, for the reasons set forth in my Dissenting Opinion in that case, I would reverse the order of the Superior Court quashing the appeal in this case.